FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0171

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHINA ROSE DAWN DAVIS,

Defendant and Appellant.

**ORDER**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 15, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2024